## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-mj-00035-SAB |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| SANTIAGO LOPEZMUNGUIA, | ) | |
| Defendant. | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. §4.2(b) and CVC 12500(a); 36 C.F.R. §4.2(b) and CVC 23154(a)

**Sentence Date:** January 12, 2020

**Review Hearing Date:** August 19, 2021

**Probation Expires On:** October 15, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1220.00     which Total Amount is made up of a
Fine: $ 1200.00 Special Assessment: $ 20.00     Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 125.00     per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Attend and complete the First Time DUI Offender Program through the California Department of Motor Vehicles by 6/30/2021.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1220.00
☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
    Amount:
☐ To date, Defendant has performed Click here to enter text. hours of community service.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ Compliance with Other Conditions of Probation: Defendant has not completed the First Time DUI Offender Program through the California Department of Motor Vehicles.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ Jeffrey A. Spivak, AUSA

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/19/2021 at     Choose an item.

    ☒ be continued to 9/16/2021 at 10:00 a.m.; or

    ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 8/18/2021                                   /s/ Oscar R. Swinton
                                                                      DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED.

IT IS SO ORDERED.

Dated:   **August 19, 2021**                                   _____
                                                                     UNITED STATES MAGISTRATE JUDGE