# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTIAGO LOPEZ MUNGUIA,<br><br>Defendant. | 1:20 MJ 00035 SAB<br><br>ORDER MODIFYING DEFENDANT'S CONDITIONS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) |

Pursuant to the stipulation of the parties on the record at the defendant's probation review hearing on April 28, 2022 at 10:00 a.m., the Court hereby modifies the defendant's conditions of probation pursuant to 18 U.S.C. § 3563(c) as follows:

Defendant's probationary is extended to May 31, 2023.

The defendant is ordered to appear for a probation review hearing on April 20, 2023 at 10:00 a.m.

The defendant is ordered to file a probation status report 2 weeks prior to the probation review hearing.

All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  __April 28, 2022__

UNITED STATES MAGISTRATE JUDGE

1