PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SANTIAGO LOPEZMUNGUIA,<br><br>               Defendant. | Case No. 1:20-mj-00035-SAB<br><br>JOINT STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); FED. R. CRIM. P. 32.1(c)(2)(A); and ORDER |

      The United States Attorney, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and Santiago LopezMunguia, Defendant, by and through his counsel of record Oscar R. Swinton, Sr., hereby move to modify one condition of defendant's probation, pursuant to 18 U.S.C. § 3563(c) (Modifications of Conditions); and Federal Rules of Criminal Procedure, Rule 32.1(c)(2)(A).

      On September 16, 2021, upon Defendant Santiago LopezMunguia's admission to Charge 1 of the Petition, the Court sentenced the defendant to the following: "Probation modified and extended to 4/30/2022; Pay an additional fine of $150.00, to be paid in full by 11/01/2021; Enroll and complete the 1st Time DUI Program by 1/31/2022. Proof to be provided to the court upon completion. All prior orders not modified remain in full force and effect. Status report due 2 weeks prior to next hearing. Appeal rights given. Defendant ordered to be present at next hearing. Warrant previously issued/held is

vacated/recalled. Probation Review Hearing set for 3/17/2022 at 10:00 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone" (ECF No. 23).

At the Probation Review Hearing held on April 28, 2022, the Defendant's probation was modified and extended to May 31, 2023.  A Probation Review Hearing was set for April 20, 2023, at 10:00 a.m. in Courtroom 9, before the Honorable Stanley A. Boone, with Defendant's Status Report and Proof of Completion of his DUI program to be submitted two weeks prior (by April 6, 2023).  All prior orders not modified are to remain in full force and effect.

The Defendant was previously ordered to enroll and complete the 1st Time DUI Program (ECF No. 23).  Pursuant to 18 U.S.C. § 3563(c) and Federal Rules of Criminal Procedure, Rule 32.1(c)(2)(A), the parties hereby respectfully request that this Court modify this condition of Defendant's probation and allow defendant to remain enrolled and complete an 18-month DUI Program.   Defendant expressly waives the right to a hearing on this issue.  Rule 32.1(c)(2)(A).

DATED: April 28, 2022				Respectfully submitted,

						PHILLIP A. TALBERT
						United States Attorney

					By:	/s/ Jeffrey A. Spivak
						JEFFREY A. SPIVAK
						Assistant United States Attorney

DATED: April 28, 2022				Respectfully submitted,

						LAW OFFICES OF
						OSCAR R. SWINTON

					By:	/s/ Oscar R. Swinton, Sr.
						OSCAR R. SWINTON, Attorney for
						Defendant, SANTIAGO LOPEZMUNGUIA

**O R D E R**

IT IS HEREBY ORDERED that Defendant's probation be modified and that he be allowed to complete an 18-month DUI Program.

IT IS SO ORDERED.

Dated:   **April 28, 2022**

UNITED STATES MAGISTRATE JUDGE