# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-mj-00035-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| SANTIAGO LOPEZMUNGUIA, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. §4.2(b) and CVC 12500(a); 36 C.F.R. §4.2(b) and CVC 23154(a)

**Sentence Date:** January 12, 2020

**Review Hearing Date:** April 20, 2023

**Probation Expires On:** May 31, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1220.00    which Total Amount is made up of a
Fine: $ 1200.00 Special Assessment: $ 20.00    Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 125.00    per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Attend and complete the 18-month Multiple DUI Offender Program through the California Department of Motor Vehicles.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

   **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1220.00
   ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                         Amount:
☐ To date, Defendant has performed Click here to enter text. hours of community service.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ Compliance with Other Conditions of Probation: Defendant has completed twelve months of the 18-month Multiple DUI Offender Program through the California Department of Motor Vehicles.

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ Jeffrey A. Spivak, AUSA

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for   at        Choose an item.

  ☐ be continued to     at .; or

  ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 4/6/2022                             /s/ Oscar R. Swinton
                                            DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED.  The defendant is ordered to appear as the defendant is delinquent in his fines.

IT IS SO ORDERED.

Dated:   **April 10, 2023**                    _____
                                               UNITED STATES MAGISTRATE JUDGE